IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

JAMES PHILLIPS

    Plaintiff,

v.   Case No. CIV-12-555-M

ALLSTATE INSURANCE COMPANY

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, James Phillips, and Defendant, Allstate Insurance Company, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41 (a)(1), hereby jointly stipulate to the dismissal of Plaintiff's claims against Defendants in their entirety with prejudice to their refiling. Each party shall bear its own attorney's fees and cost.

Dated this ___ day of May 2013.

/s/ _____
Timothy B. Hummel, Esq.
500 West Main Street, Suite 204
Oklahoma City, OK 73102
Phone: 405/319-0300
Facsimile: 405/319-0350
Email: tim@hummellawoffice.com
*Attorney for Plaintiff*

s/ RONALD L. WALKER
RONALD L. WALKER, OBA #9295
TOMLINSON · RUST · MCKINSTRY · GRABLE
Two Leadership Square, Suite 450
211 North Robinson Ave.
Oklahoma City, OK  73102
Telephone: 405/606-3370
Facsimile: 877/917-1559
E-mail: ronw@trmglaw.com
*Attorney for Defendant*